UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 19-50 ADM/TNL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| v. | ) 21 U.S.C. § 841(b)(1)(B) |
| | ) 21 U.S.C. § 853 |
| JOHNTEZ LEONDIS RANDLE, | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With the Intent To Distribute Controlled Substances)

On or about January 30, 2019, in the State and District of Minnesota, the defendant,

**JOHNTEZ LEONDIS RANDLE,**

did unlawfully, knowingly and intentionally possess with the intent to distribute 28 grams or more of a mixture or substance containing cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant,

**JOHNTEZ LEONDIS RANDLE,**



shall forfeit to the United States any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation including, but not limited to, $6,090 in cash seized from the defendant's bedroom on January 30, 2019.  If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p); all pursuant to Title 21, United States Code, Section 853.

## A TRUE BILL

_____    _____
UNITED STATES ATTORNEY            FOREPERSON