UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-50 (ADM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION FOR** |
| v. ) | **HEARING PURSUANT TO** *FRANKS* |
| ) | *V. DELAWARE* |
| JOHNTEZ LEONDIS RANDLE, ) | |
| ) | |
| Defendant. ) | |

Johntez Randle, through undersigned counsel, moves the Court to conduct an evidentiary hearing to examine the statements made in support of the search warrant relied upon to justify the January 30, 2019 searches of a home on Vera Cruz Lane in Brooklyn Park, Mr. Randle, and an Audi vehicle.

As contemplated by *Franks v. Delaware*, a defendant is entitled to such a hearing upon showing that the affidavit contains statements made with a reckless disregard for the truth that affect a reviewing court's finding of probable cause.

As set forth in a separately-filed Memorandum, Mr. Randle makes the necessary showing and respectfully requests that the Court schedule a *Franks* hearing at its convenience.

1

Dated: April 8, 2019                              Respectfully submitted,

*s/ Reynaldo A. Aligada, Jr.*
_____
REYNALDO A. ALIGADA, JR.
Attorney No. 319776
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415