## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## Criminal No. 19-50(1) (ADM/TNL)

_____

United States of America,

                           Plaintiff,

vs.

Johntez Leondis Randle,

                           Defendant.

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS THE FRUITS OF AN ILLEGAL SEARCH AND SEIZURE**

_____

Defendant, Johntez Randle, by and through his attorney, Thomas H. Shiah, Esq., has moved the Court to suppress various fruits of an illegal search and seizure. In an abundance of caution, Mr. Randle wishes to clarify that in addition to those fruits previously identified, the following are also subject to suppression as fruits of the violation of his Fourth Amendment rights:

- All cell phones and computers recovered from the search of Mr. Randle's person and his home, and all data recovered from examination of those devices.

Dated: October 7, 2019               Respectfully submitted,

                                            S/Thomas H. Shiah
                                            Thomas H. Shiah #100365
                                            331 Second Ave South, Ste 705
                                            Minneapolis, Minnesota 55401
                                            (612) 338-0066

                                            ATTORNEY FOR DEFENDANT