LAW OFFICES OF

# THOMAS H. SHIAH, LTD.
331 SECOND AVE SOUTH, SUITE 705
MINNEAPOLIS, MN 55401

Phone (612) 338-0066
Fax (612) 341-0116
e-mail: ths@tomshiah.com
Cell (612) 508-8787

January 21, 2020

The Honorable Magistrate Judge Tony N. Leung
U.S. Courthouse
Suite 9W
300 South Fourth Street
Minneapolis, MN 55415

     Re:  United States v. Johntez L. Randle
         Ct. File No. 19-50(1) (ADM/TNL)

Dear Magistrate Judge Leung:

On January 8, 2020, defendant filed a supplemental memorandum in support of his Motion for Hearing Pursuant to *Franks v. Delaware* (Dkt. No. 97). In it's Order dated January 9, 2020, (Dkt No. 98), the Court stated that arguably the defendant's supplemental memorandum constituted a new motion for a *Franks* hearing but that was not defendant's intention. Defendant's supplemental memorandum sought to supplement the record on the original motion for the *Franks* hearing.

Yours very truly,

**LAW OFFICES OF
THOMAS H. SHIAH, LTD.**

By    *S/Thomas H. Shiah*
      Thomas H. Shiah

THS:lc
cc: Amber M. Brennan, Esq.
   Johntez L. Randle