# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

  v.                                   **ORDER**
                                          Criminal No. 19-50 ADM/TNL

Johntez Leondis Randle,

      Defendant.

---

      This matter is before the undersigned United States District Judge for a ruling on Defendant Johntez Leondis Randle's ("Randle") Pro Se Motion for Reconsideration [Docket No. 124]. Randle seeks reconsideration of this Court's April 7, 2020 Memorandum Opinion and Order [Docket No. 116]. The Court will not consider Randle's pro se motion because he is currently represented by counsel. See United States v. Agofsky, 20 F.3d 866, 872 (8th Cir. 1994) (holding the district court's refusal to rule on pro se filings by represented defendants was not erroneous because "[t]here is no constitutional or statutory right to simultaneously proceed pro se and with benefit of counsel"). Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Johntez Leondis Randle's Pro Se Motion for Reconsideration [Docket No. 124] is **DENIED.**

                                              BY THE COURT:

                                              s/Ann D. Montgomery
                                              ANN D. MONTGOMERY
                                              U.S. DISTRICT COURT

Dated: May 4, 2020